IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00059-AP

ADAN LANGSTON,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Rick P. Sauer, Esq.
        700 Macon Avenue
        Canon City, CO 81212
        (719) 275-7591 (telephone)
        (719) 275-6165 (facsimile number)

    **For Defendant:**

        WILLIAM J. LEONE
        United States Attorney
        KURT BOHN
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1570
        (303) 844-0770 (facsimile)

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   A.   Date Complaint Was Filed: January 13, 2006.
   B.   Date Complaint Was Served on U.S. Attorney's Office: January 27, 2006.
   C.   Date Answer and Administrative Record Were Filed: April 24, 2006.

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.
Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff will not submit additional evidence.
Defendant will not submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.
Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

Plaintiff has no other matters to bring to the attention of the court.
Defendant has no other matters to bring to the attention of the court.

**8. PROPOSED BRIEFING SCHEDULE**

   A.   Plaintiff's Opening Brief Due:      AUGUST 1, 2006.
   B.   Defendant's Response Brief Due:    AUGUST 31, 2006.
   C.   Plaintiff's Reply Brief (If Any) Due: SEPTEMBER 14, 2006.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement.**
**Plaintiff does not request oral argument.**

    **B.  Defendant's Statement:**
**Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this **20th day of June, 2006.**

                                      BY THE COURT:

                                      S/John L. Kane
                                      U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Rick P. Sauer          Date: 02/14/06**
Rick P. Sauer, Esq.
700 Macon Avenue
Canon City, CO 81212
(719) 275-7591 (telephone)
(719) 275-6165 (facsimile number)
ricksauer@msn.com

**For Defendant:**

WILLIAM J. LEONE
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 02/14/05**
By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
d_meachum@hotmal.com